UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 21-cv-11884-IT

|  |  |
|---|---|
| **MICHAEL OKOSI,** | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **SCOTT ROBY,** | ) |
| Defendant. | ) |

**DEFENDANT SCOTT ROBY'S ASSENTED-TO MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, Scott Roby, hereby moves this Honorable Court for an extension of time, up to and including February 1, 2022, to answer or otherwise respond to Plaintiff's Complaint in this matter. In support of this motion, the Defendant submits the following:

1. Undersigned counsel does not yet have authority to represent Officer Roby.[1] Before an officer may be represented by the City of Boston Law Department, he or she must submit a request for representation to the City which must be cleared by several departments, including the Boston Police Commissioner and the City's Corporation Counsel. This process often takes several weeks.

2. Officer Roby submitted his request for representation on December 29, 2021. His request for representation has not yet been cleared, though undersigned counsel anticipates this process should be resolved shortly.

---

[1] A limited notice of appearance was filed on his behalf by undersigned counsel.

3. Because his request for representation has not yet been acted upon, undersigned counsel has not yet been able to meet with Officer Roby to prepare a response.

4. The answer in this matter was due on January 11, 2022. Undersigned counsel has been out of the office with COVID-19 (both personally and on behalf of her family members) and, candidly, did not calendar this deadline before going out on leave.

5. A scheduling conference is currently scheduled for January 31, 2022 in this matter. The parties conferred and, in light of the relief requested in this motion, would request that the scheduling conference be rescheduled to a date during the week of February 14, 2022.

6. No party will be prejudiced by the allowance of this Motion.

7. Plaintiff assents to the relief requested herein.

WHEREFORE, the Defendant respectfully requests an extension of time, up to and including February 1, 2022, to answer or otherwise respond to Plaintiff's Complaint.

Respectfully submitted:

**SCOTT ROBY**

By his attorneys:

Adam N. Cederbaum
Corporation Counsel


/s/ Nicole M. O'Connor
Nicole M. O'Connor (BBO#675535)
Senior Assistant Corporation Counsel
City Hall, Room 615
Boston, MA 02201
(617) 635-4039
Nicole.OConnor@boston.gov

## CERTIFICATE OF SERVICE

I, Nicole M. O'Connor, hereby certify that I served a true copy of the above document upon all counsel of record via this court's electronic filing system on January 12, 2022.

>/s/ Nicole M. O'Connor
>Nicole M. O'Connor

## 7.1 CERTIFICATION

I, Nicole M. O'Connor, hereby certify that I conferred with counsel for the Plaintiff on January 12, 2022, regarding the relief requested herein.  Counsel indicated that they assented to the relief requested herein.

>/s/ Nicole M. O'Connor
>Nicole M. O'Connor