UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL OKOSI,<br><br>            Plaintiff,<br><br>v.<br><br>SCOTT ROBY<br><br>            Defendant. | Civil Action No. 1:21-cv-11884-IT |

## JOINT RULE 26(f) CONFERENCE REPORT

Plaintiff Michael Okosi ("Plaintiff") and Defendant Scott Roby ("Defendant") hereby jointly submit this joint report pursuant to Federal Rule of Civil Procedure 26(f), Local Rule 16.1, and this Court's order of January 3, 2022.

### Scheduling and Discovery

The parties propose a schedule consistent with the proposed order submitted herewith. The parties do not believe there is a reason to deviate from the discovery limitations in the Local Rules and do not believe that phased discovery is necessary.

### L.R. 16.1(d)(3) Certification

Certifications signed by the parties and their counsel will be filed separately.

### Reassignment to Magistrate Judge

The parties do not consent to trial by magistrate judge in this matter.

### Additional Matters

The parties have not identified any additional matters that need to be discussed at the scheduling conference.

Respectfully submitted,

| | |
|---|---|
| MICHAEL OKOSI, | SCOTT ROBY, |
| By his attorneys, | By his attorney, |
| */s/ Alycia M. Kennedy* | */s/ Nicole M. O'Connor* |
| Alycia M. Kennedy (BBO# 688801) | Nicole M. O'Connor (BBO#675535) |
| Max D. Stern (BBO# 479560) | Senior Assistant Corporation Counsel |
| TODD & WELD LLP | City of Boston Law Department |
| 1 Federal Street, 27th Floor | City Hall, Room 615 |
| Boston, MA 02110 | Boston, MA 02201 |
| (617) 724-2626 | 617-635-4039 |
| mdstern@toddweld.com | Nicole.OConnor@boston.gov |
| akennedy@toddweld.com | |

Matthew R. Segal (BBO# 654489)
Jessie J. Rossman (BBO# 670685)
Daniel L. McFadden (BBO# 676612)
Areeba Jibril (*Pro Hac Vice* motion forthcoming)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
211 Congress Street
Boston, MA 02110
Tel.:  (617) 482-3170
msegal@aclum.org
jrossman@aclum.org
dmcfadden@aclum.org
ajibril@aclum.org