UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MICHAEL OKOSI,

                    Plaintiff,

v.                                                    Civil Action No. 1:21-cv-11884-IT

SCOTT ROBY

                    Defendant.

## LOCAL RULE 16.1 (d)(3) CERTIFICATION

Pursuant to Local Rule 16.1(d)(3), the Plaintiff Michael Okosi and their counsel hereby certify and affirm that Plaintiffs and their counsel have conferred:

(A) with a view to establishing a budget for the costs of conducting the full course and various alternative courses--of the litigation; and

(B) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Signed under the penalties of perjury on this February 9, 2022.


PLAINTIFF                                            PLAINTIFF'S COUNSEL

                                                     /s/ Alycia M. Kennedy_____
                                                     Alycia M. Kennedy (BBO# 688801)
/s/ Michael Okosi_____                   Max D. Stern (BBO# 479560)
MICHAEL OKOSI                                         TODD & WELD LLP
                                                     1 Federal Street, 27th Floor
                                                     Boston, MA 02110
                                                     (617) 724-2626
                                                     mdstern@toddweld.com
                                                     akennedy@toddweld.com

Matthew R. Segal (BBO# 654489)
Jessie J. Rossman (BBO# 670685)
Daniel L. McFadden (BBO# 676612)
Areeba Jibril (*Pro Hac Vice* motion forthcoming)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF MASSACHUSETTS, INC.
211 Congress Street
Boston, MA 02110
Tel.: (617) 482-3170
msegal@aclum.org
jrossman@aclum.org
dmcfadden@aclum.org
ajibril@aclum.org

Dated: February 9, 2022

## <u>CERTIFICATE OF SERVICE</u>

I, Alycia M. Kennedy, hereby certify that this document has been filed through the ECF system, will be sent electronically to the registered participants as identified on the notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

/s/ Alycia M. Kennedy___
Alycia M. Kennedy

Dated: February 9, 2022