UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
No. 1:21-cv-11884-IT

MICHAEL OKOSI,
           Plaintiff
v.

SCOTT ROBY
           Defendant

### L.R. 16.1(D)(3) CERTIFICATE OF DEFENDANT, SCOTT ROBY

I, Scott Roby, hereby certify that I have conferred with counsel with a view to establishing a budget for the costs of conducting the full course and alternative courses of the above-captioned litigation. In addition, we have conferred regarding the resolution of this case through alternative dispute resolution.

Dated: January 21, 2022

_____
Scott Roby

### CERTIFICATION OF COUNSEL

I, Nicole M. O'Connor, hereby certify that I have complied with the requirements of L.R. 16.1(d)(3).

Dated:  January 21, 2022

/s/ Nicole M. O'Connor
Nicole M. O'Connor

1

## **CERTIFICATE OF SERVICE**

      I, Nicole M. O'Connor, hereby certify that I served a true copy of the above document upon all parties of record via this court's electronic filing system on the date listed below.

Dated: February 9, 2022             */s/ Nicole M. O'Connor*
                                                   Nicole M. O'Connor