UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL OKOSI,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT ROBY<br><br>Defendant. | Civil Action No. 1:21-cv-11884-IT |

## JOINT MOTION TO EXTEND DISCOVERY DEADLINE

Plaintiff Michael Okosi ("Plaintiff") and Defendant Scott Roby ("Defendant") hereby jointly move to extend the following deadlines in the above-captioned matter to the proposed dates. The parties seek extension of: (1) the fact discovery deadline to October 3, 2022; (2) Plaintiff's expert designation deadline to November 3, 2022; and (3) Defendant's expert designation deadline to December 5, 2022. As reasons therefore, the parties state as follows:

1.      Plaintiff filed his complaint on November 19, 2021.

2.      The current deadline for fact discovery is September 2, 2022.

3.      The close of fact discovery status conference is presently scheduled for September 1, 2022.

4.      The current deadline for expert discovery for Plaintiff is October 3, 2022, approximately one month after the current deadline for fact discovery.

5.      The current deadline for expert discovery for Defendant is November 3, 2022, approximately two months after the current deadline for fact discovery.

6.      The parties have worked diligently to complete discovery. They have exchanged written discovery and produced documents. Three depositions have been taken to date.

1

7.     Multiple additional depositions remain outstanding, including those of Plaintiff and Defendant and a Rule 30(b)(6) deposition of the City of Boston.

8.     Due to various scheduling conflicts of counsel, depositions cannot be completed before the current deadline.  This is the first request for any extension of the scheduling order.

9.     No party will be prejudiced by the requested extension.

WHEREFORE, the parties respectfully request that the fact discovery deadline be extended until October 3, 2022, Plaintiff's expert designation deadline be extended until November 3, 2022, and Defendant's expert designation deadline be extended until December 5, 2022. The requested extensions are reflected in the table below.

|  | Current Deadline | Proposed Extended Deadline |
|---|---|---|
| Fact Discovery | September 2, 2022 | October 3, 2022 |
| Plaintiff's Expert Designation | October 3, 2022 | November 3, 2022 |
| Defendant's Expert Designation | November 3, 2022 | December 5, 2022 |
| Expert Deposition Deadline | December 9, 2022 | January 6, 2023 |
| Rule 56 Deadline | January 13, 2023 | February 10, 2023 |

Respectfully submitted,

MICHAEL OKOSI,
By his attorneys,


/s/ Alycia M. Kennedy
Alycia M. Kennedy (BBO# 688801)
Max D. Stern (BBO# 479560)
TODD & WELD LLP
1 Federal Street, 27th Floor
Boston, MA 02110
(617) 724-2626
mdstern@toddweld.com
akennedy@toddweld.com

SCOTT ROBY,
By his attorney,


/s/ Nicole M. O'Connor
Nicole M. O'Connor (BBO#675535)
Senior Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
617-635-4039
Nicole.OConnor@boston.gov

2

Matthew R. Segal (BBO# 654489)
Jessie J. Rossman (BBO# 670685)
Daniel L. McFadden (BBO# 676612)
Areeba Jibril (*Pro Hac Vice* motion
forthcoming)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
211 Congress Street
Boston, MA 02110
Tel.: (617) 482-3170
msegal@aclum.org
jrossman@aclum.org
dmcfadden@aclum.org
ajibril@aclum.org


Dated: August 25, 2022


## CERTIFICATE OF SERVICE

I, Alycia M. Kennedy, hereby certify that this document has been filed through the ECF system, will be sent electronically to the registered participants as identified on the notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.


/s/ Alycia M. Kennedy____
Alycia M. Kennedy