**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CIVIL ACTION NO. 21-CV-11884-IT

| |
|---|
| **MICHAEL OKOSI,**<br><br>                       **Plaintiff**<br>**v.**<br>**SCOTT ROBY,**<br><br>                       **Defendant.** |

## **JOINT STIPULATION OF THE PARTIES REGARDING PROTECTIVE ORDER**

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, all parties to this action hereby stipulate that they have agreed to the terms of the Protective Order attached hereto, and they hereby submit said Protective Order to the Court for endorsement and docketing.

Respectfully submitted:
Plaintiff, Michael Okosi

By his attorneys:

/s/Alycia M. Kennedy
Alycia M. Kennedy (BBO# 688801)
Max D. Stern (BBO# 479560)
TODD & WELD LLP
1 Federal Street, 27th Floor
Boston, MA 02110
(617) 724-2626
mdstern@toddweld.com
akennedy@toddweld.com

Matthew R. Segal (BBO# 654489)
Jessie J. Rossman (BBO# 670685)
Daniel L. McFadden (BBO# 676612)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF MASSACHUSETTS, INC.
211 Congress Street
Boston, MA 02110
Tel.: (617) 482-3170
msegal@aclum.org
jrossman@aclum.org
dmcfadden@aclum.org


Respectfully submitted:
Defendant, Scott Roby

By his attorneys:


/s/ Sarah J. McAteer
Sarah J. McAteer (BBO#706403)
Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
 (617) 635-4048
Sarah.McAteer@boston.gov


**CERTIFICATE OF SERVICE**

  I hereby certify that on September 30, 2022, I served a true copy of the above document upon all counsel of record via this court's electronic filing system and upon those non-registered participants via first class mail.


/s/ Sarah J. McAteer
Sarah J. McAteer