|  |  |
|---|---|
| MICHAEL OKOSI,<br><br>    *Plaintiff*,<br><br>v.<br><br>SCOTT ROBY<br><br>    *Defendant*. | Civil Action No. 1:21-cv-11884-IT |

## PLAINTIFF'S PRETRIAL DISCLOSURES

Plaintiff makes the following disclosures on the basis of the information reasonably available to him at this time pursuant to this Court's order, ECF 31 at 1-2, and Federal Rule of Civil Procedure 26(a)(3). Plaintiff may present the following evidence at trial for purposes "other than solely for impeachment." Fed. R. Civ. P. 26(a)(3)(A).

1. **Plaintiff Expects to Present the Following Witnesses at Trial.**

Per Rule 26(a)(3)(A)(i), the following list includes the name, address, and telephone number of each witness that Plaintiff expects to present at trial. Plaintiff reserves the right to call rebuttal witnesses if necessary.

- **Michael Okosi (Plaintiff)**
  Contact via Counsel
  Boston, MA

- **Stephan Lockwood**
  Boston Police Department
  Contact via City of Boston Law Department
  City Hall, Room 615
  Boston, MA 02201
  (617) 635-4048

- **Michael Mastronardi**
  Boston Police Department
  Contact via City of Boston Law Department
  City Hall, Room 615
  Boston, MA 02201
  (617) 635-4048

**2. Plaintiff May Present the Following Deposition Testimony at Trial.**

Plaintiff designates the following witnesses, "whose testimony the party expects to present by deposition" as may be necessary and appropriate. Fed. R. Civ. P. 26(a)(3)(A)(ii).

- Deposition of **Stephan Lockwood** at 16:10-16:24; 18:3-18:18; 22:22-23:5; 23:13-23:15; 24:5-24:9; 25:20-25:24; 47:9-48:9; 48:16-49:1; 50:7-50:15; 65:19-66:8; 70:17-71:2; 71:11-72:2; 72:8-72:20.

- Deposition of **Michael Mastronardi** at 9:24-10:11; 21:7-21:15; 27:8-28:15; 43:7-43:9.

- Deposition of **Scott Roby (Defendant)** at 21:4-21:11; 39:1-39:6; 46:9-46:17; 54:2-54:5; 53:20-54:5. In lieu of certain testimony, Plaintiff may present admitted facts from Defendant's Answer, ECF 17.

**3. Plaintiff Expects to Present the Following Documents or Other Exhibits at Trial.**

The following list identifies "each document or other exhibit, including summaries of other evidence" that Plaintiff "expects to offer . . . ." Fed. R. Civ. P. 26(a)(3)(A)(iii).

| Exhibit Number | Title | Bates Number(s) |
|---|---|---|
| 1 | Recording of 911 Call and/or Transcript | OKOSI_000248, OKOSI_000108 |
| 2 | Incident Report | COB 1-3 |
| 3 | Nest Camera Footage - November 23, 2018 at 11:52am | COB 4 |
| 4 | Nest Camera Footage - November 23, 2018 at 11:55am) | OKOSI_000543 |
| 5 | SCDAO Case Jacket | OKOSI_000088-000091 |
| 6 | District Court Case File Documents | OKOSI_000092-000095 |

| | | |
|---|---|---|
| 7 | Email from ADA Smith to Scott Roby | OKOSI_000096 |
| 8 | Email from Lauren Greene to ADA Smith | OKOSI_000100 |
| 9 | Photographs of Michael Okosi's Injuries | COB 59-63 |

4. **Plaintiff May Offer the Following Exhibits if the Need Arises.**

The following list identifies "each document or other exhibit, including summaries of other evidence" that Plaintiff "may offer if the need arises." Fed. R. Civ. P. 26(a)(3)(A)(iii).

| Exhibit Number | Title | Bates Numbers |
|---|---|---|
| 10 | Recording of Internal Affairs Division Interview of Michael Okosi and/or Transcript | COB 68 |

Respectfully submitted,

**MICHAEL OKOSI**

Dated: January 3, 2023

By his attorneys,

/s/ *Alycia M. Kennedy*
Alycia M. Kennedy (BBO# 688801)
Max D. Stern (BBO# 479560)
TODD & WELD LLP
1 Federal Street, 27th Floor
Boston, MA 02110
(617) 724-2626
mdstern@toddweld.com
akennedy@toddweld.com

Matthew R. Segal (BBO# 654489)
Jessie J. Rossman (BBO# 670685)
Daniel L. McFadden (BBO# 676612)
Medha Swaminathan (Md. 2211290214)*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
One Center Plaza, Suite 850
Boston, MA 02108
Tel.: (617) 482-3170
msegal@aclum.org
jrossman@aclum.org
dmcfadden@aclum.org
mswaminathan@aclum.org

*Appearing *pro hac vice* with leave of the court

**CERTIFICATE OF SERVICE**

I hereby certify that on, January 3, 2022, I served a true copy of the foregoing document upon all the attorneys of record in the above-captioned case by the ECF system.

<u>/s/ *Alycia Kennedy*</u>