UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MICHAEL OKOSI,

        *Plaintiff*,

v.

SCOTT ROBY

        *Defendant*.

Civil Action No. 1:21-cv-11884-IT

**JOINT STIPULATION OF FACTS**

Plaintiff Michael Okosi and Defendant Scott Roby hereby stipulate to the following facts. The parties agree that this stipulation will be read to the jury, and that a copy of this stipulation will be published to the jury and may be provided for their use in their deliberations.

1. Mr. Okosi was arrested on November 23, 2018.

2. Mr. Okosi was charged with Assault and Battery on a Police Officer and Disorderly Conduct.

3. According to the charging documents, the potential penalty for Assault and Battery on a Police Officer was confinement in the House of Correction for not less than 90 days and not more than 2 ½ years or a fine of not less than $500 and not more than $5,000. The potential penalty for Disorderly Conduct was a fine not more than $150.

4. Mr. Okosi was held in custody at Boston Police Department's B3 precinct from November 23, 2018, until November 24, 2018 after posting $200 bail.

5. Mr. Okosi was arraigned in court on November 26, 2018.

1

6. Mr. Okosi appeared in court on January 9, 2019.

7. On March 7, 2019, the charges were dismissed upon motion by the District Attorney's Office.

8. The criminal case against Mr. Okosi terminated in his favor for reasons consistent with his innocence.

Dated: February 9, 2023

Respectfully submitted,

| MICHAEL OKOSI, | SCOTT ROBY, |
|---|---|
| By his attorneys, | By his attorneys, |
| /s/ Alycia M. Kennedy | /s/ Sarah J. McAteer |
| Alycia M. Kennedy (BBO# 688801) | Sarah J. McAteer (BBO#706403) |
| Max D. Stern (BBO# 479560) | Elizabeth Bostwick (BBO#644498) |
| TODD & WELD LLP | Assistant Corporation Counsel |
| 1 Federal Street, 27th Floor | City of Boston Law Department |
| Boston, MA 02110 | City Hall, Room 615 |
| (617) 724-2626 | Boston, MA 02201 |
| mdstern@toddweld.com | (617) 635-4048 |
| akennedy@toddweld.com | Sarah.McAteer@boston.gov |

Matthew R. Segal (BBO# 654489)
Jessie J. Rossman (BBO# 670685)
Daniel L. McFadden (BBO# 676612)
Medha Swaminathan (Md. 2211290214)*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
One Center Plaza, Suite 850
Boston, MA 02108
Tel.: (617) 482-3170
msegal@aclum.org
jrossman@aclum.org
dmcfadden@aclum.org
mswaminathan@aclum.org

*Appearing *pro hac vice* with leave of the court.