UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |  |
|---|---|---|
| MICHAEL OKOSI, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:21-cv-11884-IT |
| | * | |
| SCOTT ROBY, | * | |
| | * | |
| Defendant. | * | |

## JUDGMENT

TALWANI, D.J.

    Plaintiff Michael Okosi brought this action against Defendant Scott Roby. Pursuant to the Jury Verdict [Doc. No. 102], judgment is entered in favor of Okosi on Count 1 (§ 1983 Unlawful Seizure), Count 4 (False Arrest), Count 5 (Malicious Prosecution), and Count 7 (False Imprisonment), and in favor of Roby on Count 2 (§ 1983 Excessive Force), Count 3 (Battery) and Count 6 (Abuse of Process).

    IT IS SO ORDERED.

April 27, 2023　　　　　　　　　　　　　　　／s/ Indira Talwani
　　　　　　　　　　　　　　　　　　　　　United States District Judge