## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

MICHAEL OKOSI,

                          Plaintiff,

     v.                                                    Civil Action No. 21-cv-11884-IT

SCOTT ROBY,

                          Defendant.

### SATISFACTION OF JUDGMENT

I am the attorney for Michael Okosi, the plaintiff in the above-captioned civil action. Pursuant to Local Rule 58.2, I hereby certify that the Amended Judgment entered by this Court in this matter against the defendant Scott Roby on February 6, 2024 (D.E. 147), has been fully satisfied.

Pursuant to the parties' settlement agreement, defendant Roby will separately be withdrawing his pending appeal in this matter.


Dated: September 17, 2024                    Respectfully submitted,

                                             By: /s/ Daniel L. McFadden
                                                 Daniel L. McFadden (BBO # 676612)
                                                 AMERICAN CIVIL LIBERTIES UNION
                                                  FOUNDATION OF MASSACHUSETTS, INC.
                                                 One Center Plaza, Suite 850
                                                 Boston, MA 02108
                                                 (617) 482-3170
                                                 dmcfadden@aclum.org